## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Yolanda Vettling,                          Civil No. 08-3893 (RHK/AJB)

        Plaintiff,              **DISQUALIFICATION AND**
                                   **ORDER FOR REASSIGNMENT**

vs.

Wyeth, Inc., et al.,

        Defendants.


      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.


Dated:  July 1, 2008

                                  s/Richard H. Kyle
                                  RICHARD H. KYLE
                                  United States District Judge